# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ricardo Rumbo-Mojica**<br>DOB: XX/XX/1991; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**18-02156MJ** |
| Complaint for violation of Title 8    United States Code § 1326 (b)(2) | |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|
| DATE OF OFFENSE<br>ON OR ABOUT<br>December 24, 2018 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 24, 2018, at or near Nogales, in the District of Arizona, **Ricardo Rumbo-Mojica**, an alien, knowingly and intentionally attempted to enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on August 8, 2017 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, **enhanced by Title 8, United States Code, Section 1326 (b)(2)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Ricardo Rumbo-Mojica** is a citizen of Mexico. On August 8, 2017, **Ricardo Rumbo-Mojica** was lawfully denied admission, excluded, deported, and removed from the United States through San Ysidro, California. On December 24, 2018, **Ricardo Rumbo-Mojica** knowingly and intentionally attempted to re-enter the United States by falsely claiming to be a United States citizen. **Ricardo Rumbo-Mojica** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Authorized by AUSA  HHB | SIGNATURE OF COMPLAINANT (official title)<br>Kyle C. Payton<br>OFFICIAL TITLE<br><br>CBPO/E |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 26, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54